**Motion Granted; Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00115-CV
_____

**AC PLASTIQUES USA, LLC, Appellant**

**V.**

**CORPRO, INC., AND JAMES CONSTRUCTION GROUP, LLC, Appellees**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2014-72717**

## ORDER

AC Plastiques USA filed this interlocutory appeal challenging the denial of its special appearances filed against CorPro, Inc. and James Construction Group, LLC. Since the denial of CorPro's special appearance, CorPro filed a notice of nonsuit requesting the trial court to dismiss all of its claims against AC Plastiques. The trial court signed an order dismissing CorPro's claims with prejudice to refiling. The trial court also severed a previously granted summary judgment against CorPro into a separate cause number.

On July 26, 2016, CorPro filed a motion to dismiss AC Plastiques' appeal of the denial of CorPro's special appearance. CorPro argues that because the summary judgment has been severed, and CorPro's claims have been dismissed, the issue of CorPro's special appearance is moot. AC Plastiques filed no response to CorPro's motion. CorPro's motion is granted. Appellee CorPro is ordered **DISMISSED** from the interlocutory appeal. The interlocutory appeal shall continue as to appellee James Construction Group, LLC.

PER CURIAM

Panel consists of Chief Justice Frost and Justice Donovan and Brown.